UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Nicka Jame Stangel                    :            Chapter 13
                                              :
                        Debtor         :            Bankruptcy No.  26-10128-AMC

TRUSTEE'S MOTION TO RECONVERT CASE TO CHAPTER 7
PURSUANT TO 11 U.S.C. SECTION 1307

Scott F. Waterman, Esq., Standing Chapter 13 Trustee, by and through his

attorney, Ann Swartz, Esq., files this Motion to Reconvert Case to Chapter 7 Pursuant to

11 U.S.C. Section 1307 and in support thereof represents as follows:

1.  This case was commenced by the filing of a Chapter 7 Petition on

January 13, 2026.

2.  The case was converted to Chapter 13 on April 30, 2026.

3.  In the within case, the Plan is not feasible as the debtor is reporting a monthly
budget deficit.

Wherefore, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, respectfully

requests that an Order be entered reconverting this case to Chapter 7.

Respectfully submitted,

Date:  June 4, 2026                          */s/Ann Swartz*_____
                                             Ann Swartz, Esq.
                                             for
                                             Scott F. Waterman, Esq.
                                             Standing Chapter 13 Trustee
                                             2901 St. Lawrence Avenue
                                             Reading, PA  19606
                                             Telephone:  (610) 779-1313