IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Nicka Stangel | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Case No.: 26-10128 AMC |

**ORDER**

AND NOW, this 20th day of August, 2026, upon consideration of the Debtor's Objection to Proof of Claim #1-1, filed by Midwest Bonding, LLC it is hereby:

ORDERED AND DECREED that Proof of Claim #1-1 is disallowed in its entirety.



HONORABLE JUDGE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE